# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Amanda Rae Backman, | ) | Case No. 4:03-cr-051 |
| | ) | |
| Defendant. | ) | |

___

On May 22, 2008, the defendant, Amanda Rae Backman ("Backman"), made her initial appearance on a petition alleging that she violated the conditions of her supervised release. The ordered her detained pending a preliminary hearing and detention hearing on May 28, 2008, in Minot, North Dakota (via video).

The court was subsequently advised that the parties have agreed to placement of Ms. Backman in a community correctional facility, namely Centre, Inc. of Bismarck, North Dakota. According, the court **ORDERS** that Ms. Backman is to be released to the custody of Tanijo Kerbaugh, on May 23, 2008, after 6:00 a.m. for transport from Minot to Centre, Inc. in Mandan, North Dakota. The detention hearing set for May 28, 2008, is cancelled. The preliminary hearing shall proceed as scheduled. However, it will be held at the U.S. Courthouse in Bismarck (courtroom #2) unless otherwise waived.

Dated this 22nd day of May, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court