# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Amanda Rae Backman, | ) | Case No. 4:03-cr-051-03 |
| | ) | |
| Defendant. | ) | |

_____

On May 22, 2008, the court was advised that the parties have agreed to placement of Ms. Backman in a community correctional facility, namely Centre, Inc. of Mandan, North Dakota. Consequently, the court **ORDERED** that Ms. Backman be released to the custody of Tanijo Kerbaugh, on May 23, 2008, after 6:00 a.m. for transport from Minot to Centre, Inc. in Mandan, North Dakota. On May 23, 2008, the court was advised that Ms. Backman was not transported to Mandan as anticipated because of a lack of cooperation on her part and has not reported to Centre, Inc. Accordingly, the court revokes it previous order releasing Ms. Backman to the custody of Tanijo Kerbaugh and orders that she be detained pending a detention hearing and preliminary hearing, assuming they are not waived, for a date to be determined. A warrant for Ms. Backman's arrest shall be issued.

Dated this 23rd day of May, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court