**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Amanda Rae Backman, | ) | Case No. 4:03-cr-051-03 |
| | ) | |
| Defendant. | ) | |

On May 22, 2008, the court was advised that the parties have agreed to placement of Ms. Backman in a community correctional facility, namely Centre, Inc. of Mandan, North Dakota. Consequently, the court ordered that Ms. Backman be released to the custody of Tanijo Kerbaugh, on May 23, 2008, after 6:00 a.m. for transport from Minot to Centre, Inc. in Mandan, North Dakota. On May 23, 2008, the court was advised that Ms. Backman was not transported to Mandan as anticipated because of a lack of cooperation on her part and has not reported to Centre, Inc. Accordingly, the court **REVOKES** it previous order releasing Ms. Backman to the custody of Tanijo Kerbaugh and **ORDERS** that she be detained pending a detention hearing and preliminary hearing, assuming they are not waived, on May 28, 2008, at 10:30 a.m. before the undersigned in Minot, North Dakota (via video). A warrant for Ms. Backman's arrest shall be issued.

Dated this 23rd day of May, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court